# United States District Court

EASTERN DISTRICT OF WISCONSIN

**DEFAULT
JUDGMENT IN A CIVIL CASE**

**BROADCAST MUSIC, INC.,**

      Plaintiff,

    V.                               CASE NUMBER: **11-C-343**

**ARMADA MEDIA CORPORATION,
ARMADA MEDIA-ABERDEEN, INC.,
ARMADA MEDIA-WATERTOWN, INC.,
ARMADA MEDIA-McCOOK, INC., and
ARMADA MEDIA-MENOMINEE, INC.,**

      Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that default judgment is entered in favor of the plaintiff and against the defendants in this action for confirmation of an arbitration award that was entered August 2, 2010.**

**Armada Media Corporation must pay the plaintiff $41,771.09;**

**Armada Media Corporation and Armada Media-Aberdeen, Inc. are jointly and severally liable to the plaintiff in the amount of $35,246.51;**

**Armada Media Corporation and Armada Media-Watertown, Inc. are jointly and severally liable to the plaintiff in the amount of $24,436.74 for fees and late fees due through July 31, 2010, together with interest on that amount at the rate of 1% per month from August 1, 2010, for a total of $24,626.88;**

**Armada Media Corporation and Armada Media McCook, Inc. are jointly and severally liable to the plaintiff in the amount of $19,504.80 for fees and late fees due through July 31, 2010, together with interest on that amount at the rate of 1% per month from August 1, 2010, for a total of $19,656.56;**

**Armada Media Corporation and Armada Menominee, Inc. are jointly and severally liable to the plaintiff in the amount of $26,686.86 for fees and late fees due through July 31, 2010, together with interest on that amount at the rate of 1% per month from August 1, 2010, for a total of $26,894.51;**

**Armada Media Corporation, Armada Media-Aberdeen, Inc., Armada Media-Watertown, Inc., Armada Media McCook, Inc. and Armada Menominee, Inc. are jointly and severally liable to the plaintiff for $834.00 in attorney's fees and costs;**

**Armada Media Corporation, Armada Media-Aberdeen, Inc., Armada Media-Watertown, Inc., Armada Media McCook, Inc. and Armada Menominee, Inc. are jointly and severally liable to the plaintiff in the amount of $1,850.00 as to the American Arbitration Association, Commercial Arbitration Tribunal administrative fees and $400.00 as to the arbitrator's compensation, for the sum of $2,050.00.**

**This action is hereby DISMISSED.**

|     |     |
| --- | --- |
|     **May 24, 2011** | **JON W. SANFILIPPO** |
| Date | Clerk |
|     |   s/ Linda M. Zik |
|     | (By) Deputy Clerk |